DENNIS S. WAKS, Bar #142581
Acting Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MILTON KEITH JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-0358 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; AND ORDER |
| v. | ) | THEREON |
| | ) | |
| MILTON KEITH JAMES, | ) | Date:   February 13, 2006 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |
| ———————————————————— | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for

January 17, 2006,  be continued to **February 13, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of

justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

///

///

///

///

1   reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2   DATED: January 12, 2006                    MCGREGOR W. SCOTT
                                               United States Attorney
3

4

5                                              By /s/ Sherrill A. Carvalho
                                               SHERRILL A. CARVALHO
6                                              Assistant U.S. Attorney
                                               Attorney for Plaintiff
7

8   DATED:  January 12, 2006                   DENNIS  S. WAKS
                                               Acting Federal Defender
9

10                                             By  /s/ Mark A. Lizárraga
11                                             MARK A. LIZÁRRAGA
                                               Assistant Federal Defender
12                                             Attorney for Defendant

13                                **O R D E R**

14

15        IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C.

16   §§3161(h)(8)(A) and 3161(h)(B)(iv).

17
     IT IS SO ORDERED.
18
     **Dated:   January 18, 2006**              _____/s/ Anthony W. Ishii_____
19   0m8i78                                     UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28