DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MILTON KEITH JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-0358 AWI |
| Plaintiff, ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. ) | |
| MILTON KEITH JAMES, ) | Date: March 27, 2006 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for February 13, 2006, be continued to **March 27, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

1  reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2  DATED: February 8, 2006                MCGREGOR W. SCOTT
                                          United States Attorney

5                                          By /s/ Sherrill A. Carvalho
                                          SHERRILL A. CARVALHO
6                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

8  DATED:  February 8, 2006               DANIEL J. BRODERICK
                                          Acting Federal Defender

11                                         By /s/ Mark A. Lizárraga
                                          MARK A. LIZÁRRAGA
                                          Assistant Federal Defender
12                                         Attorney for Defendant

**O R D E R**

15    IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C.
16 §§3161(h)(8)(A) and 3161(h)(B)(iv).

18 IT IS SO ORDERED.

19 **Dated:   February 10, 2006**              /s/ Anthony W. Ishii
   0m8i78                                   UNITED STATES DISTRICT JUDGE