1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  MARK A. LIZARRAGA, CA Bar #186240
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MILTON KEITH JAMES

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )  NO. 1:05-cr-0358 AWI
                                       )
12            Plaintiff,               )  STIPULATION TO CONTINUE STATUS
                                       )  CONFERENCE HEARING; AND ORDER
13     v.                              )  THEREON
                                       )
14 MILTON KEITH JAMES,                 )  Date:  May 2, 2006
                                       )  Time:  9:00 a.m.
15            Defendant.               )  Judge: Hon. Anthony W. Ishii
   _____ )
16                                     )

17     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18 counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for

19 March 27, 2006,  be continued to **May 1, 2006 at 9:00 a.m.**

20     The parties agree that the delay resulting from the continuance shall be excluded in the interests of

21 justice, including but not limited to, the need for the period of time set forth herein for effective defense

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2         DATED: March 23, 2006                    MCGREGOR W. SCOTT
                                                    United States Attorney
3

4

5                                             By /s/ Sherrill A. Carvalho
                                                 SHERRILL A. CARVALHO
6                                                Assistant U.S. Attorney
                                                 Attorney for Plaintiff
7

8         DATED:  March 23, 2006                   DANIEL J. BRODERICK
                                                   Acting Federal Defender
9

10

11                                            By /s/ Mark A. Lizárraga
                                                 MARK A. LIZÁRRAGA
                                                 Assistant Federal Defender
12                                               Attorney for Defendant

13                                **O R D E R**

14

15        IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C.

16   §§3161(h)(8)(A) and 3161(h)(B)(iv).

17

18   IT IS SO ORDERED.

19   **Dated:    March 24, 2006**                    /s/ Anthony W. Ishii
     0m8i78                                   UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference Hearing        2