DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MILTON KEITH JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-0358 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) ) | |
| MILTON KEITH JAMES, | ) ) | Date:  May 30, 2006 |
| Defendant. | ) ) | Time:  9:00 a.m. Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for May 15, 2006,  be continued to **May 30, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1  reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2  DATED: May 10, 2006                MCGREGOR W. SCOTT
                                      United States Attorney
3

4

5                                     By /s/ Sherrill A. Carvalho
                                      SHERRILL A. CARVALHO
6                                     Assistant U.S. Attorney
                                      Attorney for Plaintiff
7

8  DATED:  May 10, 2006               DANIEL J. BRODERICK
                                      Acting Federal Defender
9

10

11                                    By /s/ Mark A. Lizárraga
                                      MARK A. LIZÁRRAGA
                                      Assistant Federal Defender
12                                    Attorney for Defendant

13
                              **O R D E R**
14

15     IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C.

16  §§3161(h)(8)(A) and 3161(h)(B)(iv).

17

18  IT IS SO ORDERED.

19  **Dated:   May 12, 2006**            /s/ Anthony W. Ishii
    0m8i78                               UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference Hearing         2