DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MILTON KEITH JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-0358 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. ) | |
| MILTON KEITH JAMES, ) | Date: June 19, 2006 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for May 30, 2006, be continued to **June 19, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: May 25, 2006                         MCGREGOR W. SCOTT
                                            United States Attorney


                                       By  /s/ Sherrill A. Carvalho
                                            SHERRILL A. CARVALHO
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

DATED:  May 25, 2006                        DANIEL J. BRODERICK
                                            Acting Federal Defender


                                       By  /s/ Mark A. Lizárraga
                                            MARK A. LIZÁRRAGA
                                            Assistant Federal Defender
                                            Attorney for Defendant

### O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 26, 2006**                    /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing       2