DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MILTON KEITH JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-0358 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. ) | |
| MILTON KEITH JAMES, ) | Date: July 3, 2006 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for June 19, 2006, be continued to **July 3, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1  reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2  DATED: June 15, 2006                                    MCGREGOR W. SCOTT
                                                           United States Attorney

5                                                 By /s/ Sherrill A. Carvalho
                                                     SHERRILL A. CARVALHO
6                                                    Assistant U.S. Attorney
                                                     Attorney for Plaintiff

8  DATED:  June 15,  2006                                  DANIEL J. BRODERICK
                                                           Federal Defender

11                                                By /s/ Mark A. Lizárraga
                                                     MARK A. LIZÁRRAGA
12                                                   Assistant Federal Defender
                                                     Attorney for Defendant

## O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 16, 2006**                       **/s/ Anthony W. Ishii**
0m8i78                                           UNITED STATES DISTRICT JUDGE