DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MILTON KEITH JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-0358 AWI |
| Plaintiff, ) | ***AMENDED** STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND PROPOSED ORDER THEREON |
| v. ) | |
| MILTON KEITH JAMES, ) | Date: July 31, 2006 |
| Defendant. ) | Time: 9:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for July 3, 2006, be continued to **July 31, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

*DATED: June 29, 2006                MCGREGOR W. SCOTT
                                     United States Attorney


                                     By /s/ Sherrill A. Carvalho
                                        SHERRILL A. CARVALHO
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

*DATED:  June 29,  2006              DANIEL J. BRODERICK
                                     Federal Defender


                                     By /s/ Mark A. Lizárraga
                                        MARK A. LIZÁRRAGA
                                        Assistant Federal Defender
                                        Attorney for Defendant

## O R D E R

   IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 30, 2006**                /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE

*Amended Stipulation to Continue Status Conference Hearing  2