1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARK A. LIZARRAGA, CA Bar #186240
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MILTON KEITH JAMES

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 1:05-cr-0358 AWI
                                     )
12              Plaintiff,           )   STIPULATION TO CONTINUE STATUS
                                     )   CONFERENCE HEARING; AND ORDER
13      v.                           )   THEREON
                                     )
14  MILTON KEITH JAMES,              )   Date:  August 21, 2006
                                     )   Time:  9:00 a.m.
15              Defendant.           )   Judge: Hon. Anthony W. Ishii
    _____)

16

17      **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18  counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for

19  July 31, 2006,  be continued to **August 21, 2006 at 9:00 a.m.**

20      The parties agree that the delay resulting from the continuance shall be excluded in the interests of

21  justice, including but not limited to, the need for the period of time set forth herein for effective defense

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1   reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2   DATED: July 27, 2006                    MCGREGOR W. SCOTT
                                            United States Attorney
3

4

5                                           By /s/ Sherrill A. Carvalho
                                            SHERRILL A. CARVALHO
6                                           Assistant U.S. Attorney
                                            Attorney for Plaintiff
7

8   DATED:  July 27,  2006                  DANIEL J. BRODERICK
                                            Federal Defender
9

10

11                                          By /s/ Mark A. Lizárraga
                                            MARK A. LIZÁRRAGA
                                            Assistant Federal Defender
12                                          Attorney for Defendant

13                              **O R D E R**

14

15       IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C.

16   §§3161(h)(8)(A) and 3161(h)(B)(iv).

17

18   IT IS SO ORDERED.

19   **Dated:    July 28, 2006**                 **/s/ Anthony W. Ishii**
     0m8i78                                   UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference Hearing          2