DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MILTON KEITH JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MILTON KEITH JAMES, )<br>)<br>Defendant. )<br>_____ ) | NO. 1:05-cr-0358 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON<br><br>Date: September 11, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

   **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for August 21, 2006, be continued to **September 11, 2006 at 9:00 a.m.**

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: August 14 2006                                     MCGREGOR W. SCOTT
                                                          United States Attorney


                                                    By /s/ Sherrill A. Carvalho
                                                          SHERRILL A. CARVALHO
                                                          Assistant U.S. Attorney
                                                          Attorney for Plaintiff


DATED: August 14, 2006                                    DANIEL J. BRODERICK
                                                          Federal Defender


                                                    By /s/ Mark A. Lizárraga
                                                          MARK A. LIZÁRRAGA
                                                          Assistant Federal Defender
                                                          Attorney for Defendant


**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(B)(iv).


IT IS SO ORDERED.

**Dated:   August 15, 2006**                   /s/ Anthony W. Ishii
0m8i78                                         UNITED STATES DISTRICT JUDGE