DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MILTON KEITH JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-0358 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND ORDER |
| v. ) | THEREON |
| ) | |
| MILTON KEITH JAMES, ) | Date: October 30, 2006 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Anthony W. Ishii |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing in the above captioned matter, scheduled for September 25, 2006, be continued to **October 30, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1  reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2  DATED: September 20, 2006                    MCGREGOR W. SCOTT
                                                United States Attorney

4                                          By /s/ Sherrill A. Carvalho
                                                SHERRILL A. CARVALHO
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

7  DATED:  September 20,  2006                       DANIEL J. BRODERICK
                                                     Federal Defender

9                                          By  /s/ Mark A. Lizárraga
                                                MARK A. LIZÁRRAGA
                                                Assistant Federal Defender
                                                Attorney for Defendant

## O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   September 22, 2006**              /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE