DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MILTON KEITH JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-0358 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO MODIFY SENTENCE |
| ) | IMPOSED AS IT RELATES TO |
| v. ) | DEFENDANT'S INSTITUTIONAL |
| ) | DESIGNATION;  AND PROPOSED ORDER |
| MILTON KEITH JAMES, ) | THEREON |
| ) | |
| Defendant. ) | |
| _____ ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that defendant's sentence, as it relates to his incarceration, be modified as follows:  Defendant be allowed to serve his four (4) month sentence at Terminal Island or any other institution in California, *except Taft Correctional Institution*, insofar as this recommendation accords with

///
///
///
///
///
///
///
///

1 | security classification and space availability.

2 | DATED:  January 12, 2007	MCGREGOR W. SCOTT
United States Attorney

4 | By /s/ Sherrill A. Carvalho
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Attorney for Plaintiff

7 | DATED:  January 12, 2007	DANIEL J. BRODERICK
Federal Defender

9 | By /s/ Mark A. Lizárraga
MARK A. LIZÁRRAGA
Assistant Federal Defender
Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

**Dated:   January 12, 2007**	/s/ **Anthony W. Ishii**
0m8i78	UNITED STATES DISTRICT JUDGE